# EXHIBIT A

```
STATE OF INDIANA      )          IN THE MORGAN _____ COURT
                      ) SS:
COUNTY OF MORGAN      )          CAUSE NO. 55D03-1512-PL-2109
```

LISA WEBBER,                    )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )
NICE-PAK PRODUCTS, INC.,        )
                                )
    Defendant.                  )

FILED
DEC 15 2015
CLERK CIRCUIT/SUPERIOR COURTS
MORGAN COUNTY

## COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Plaintiff, Lisa Webber, and for her Complaint against Defendant, Nice-Pak Products, Inc., alleges as follows:

### Nature of the Case

1. This is an action at law and equity for damages by Plaintiff, Lisa Webber (hereinafter "Webber" or "Plaintiff"), against Defendant, Nice-Pak Products, Inc. (hereinafter "Nice-Pak" or "Defendant") for injury to her person, income, and property caused by the wrongful acts of Defendant.

2. Plaintiff brings this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, et seq., 104 Stat. 327 (1990) (Pub. L. 101-336), as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325). Plaintiff reserves the right to assert other and/or different legal theories as may be appropriate following a reasonable opportunity to conduct discovery in this matter.

3. Because Defendant's actions against Webber were taken with actual malice and/or reckless indifference to Webber's federally protected rights, Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1).

### Jurisdiction

4. At all relevant times Plaintiff performed work for Defendant within Morgan County, Indiana, and Defendant routinely conducted business in Morgan County, Indiana. All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant.

### Parties

5. Plaintiff, Lisa Webber, was at all times relevant to this suit a citizen of the State of Indiana and resided at 681 Spring Mill Dr., Mooresville, IN 46158.

6. Defendant, Nice-Pak Products, Inc., conducts business in the State of Indiana, including Morgan County, and at all relevant times maintained its offices at 1 Nice-Pak Rd., Mooresville, IN 46158. Defendant is a for-profit Corporation in the State of Indiana, and its corporate address is listed with the Indiana Secretary of State's office as Two Nice-Pak Park, Orangeburg, NY 10962. Defendant's registered agent for service of process in Indiana is CT Corporation System, 251 E. Ohio St., Suite 500, Indianapolis, IN 46204.

### Factual Allegations

7. At all times relevant to this Complaint, Plaintiff was an "employee" of Nice-Pak within the meaning of the ADA.

8. At all times relevant to this Complaint, Nice-Pak was an "employer" within the meaning of the ADA.

9. At all times relevant to this Complaint, Webber's work performance met or exceeded Defendant's legitimate expectations.

10. Nice-Pak terminated Webber's employment.

11. Nice-Pak terminated Webber's employment on or after June 19, 2015.

12. Prior to terminating her employment, Nice-Pak refused to even consider or to talk to Webber regarding her request for a reasonable accommodation for her disability.

13. At the time it terminated Plaintiff, Nice-Pak had a history, and/or a policy, of refusing to engage in the interactive process with, and refusing to accommodate, employees who had any work restrictions or limitations.

14. Plaintiff was, in fact, denied an accommodation for her disability or perceived disability.

15. Plaintiff timely filed a Charge of Discrimination against Nice-Pak with the U.S. Equal Employment Opportunity Commission ("EEOC"). The Charge generally included allegations of discrimination and retaliation in violation of the ADA.

16. On or about November 24, 2015, Webber received a Notice of Right to Sue from the EEOC. This Complaint is timely filed.

17. As a direct and proximate result of Nice-Pak's unlawful, malicious, willful, retaliatory and discriminatory actions, Webber has suffered lost wages, salary, employment benefits, related financial losses, physical pain and suffering, and emotional distress.

### Count I:  Discrimination in Violation of ADA

18. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

19. At all times relevant Webber was a qualified individual with a disability within the meaning of the ADA; Nice-Pak regarded Webber as disabled; and, Webber had a record of having an impairment that substantially limited one or more of her major life activities, of which Nice-Pak was aware.

20. Nice-Pak failed and refused to engage in the interactive process with Webber, failed to make or even consider reasonable accommodations for her, and ultimately terminated her employment because of her disability or perceived disability.

21. Webber was at all relevant times capable of performing the essential functions of a position with Nice-Pak with or without accommodation.

22. As a result of Nice-Pak's wrongful, intentional, willful and wanton actions and omissions described herein, Webber has suffered loss of income and benefits, severe emotional distress, and other significant injury to both her property and her person.

## Count II: Retaliation in Violation of ADA

23. The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

24. Plaintiff engaged in conduct protected by the anti-retaliation provisions of the ADA codified at 42 U.S.C. §12203.

25. Defendant retaliated against Plaintiff for having engaged in protected conduct, including, without limitation, for her having sought accommodation for her known disabilities or for otherwise having exercised her rights under the ADA.

26. As a result of Nice-Pak's wrongful, intentional, willful and wanton actions and omissions described herein, Webber has suffered loss of income and benefits, severe emotional distress, and other significant injury to both her property and her person.

4

## Relief Requested

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A. Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B. Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C. Compensatory damages;

D. Liquidated and/or punitive damages;

E. Damages to compensate Webber for mental anguish and emotional distress;

F. Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G. All other just and proper relief to which Plaintiff is entitled.

Respectfully submitted this 11th day of December, 2015.

By _____
Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
& PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514
E-mail:       mschultz@parrlaw.com

Lori M. Craig (32337-55)
THE LAW OFFICE OF LORI M. CRAIG, LLC
202 West High Street
Mooresville, IN 46158
Telephone:    765-913-9591
E-mail:       lori@lcraiglaw.com

Attorneys for Plaintiff, Lisa Webber

5

## DEMAND FOR JURY TRIAL

Plaintiff, Lisa Webber, by her undersigned counsel, hereby requests a trial by jury pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

_____
Michael L. Schultz

655489

| STATE OF INDIANA | ) | IN THE MORGAN _____ COURT |
|---|---|---|
| COUNTY OF MORGAN | ) SS: ) | CAUSE NO. 55D03-1512-PL-2109 |

LISA WEBBER, )
        Plaintiff, )
)
v. )
)
NICE-PAK PRODUCTS, INC., )
        Defendant. )

## SUMMONS

TO DEFENDANT: Nice-Pak Products, Inc.
c/o CT Corporation System, Registered Agent
150 W. Market Street, Suite 800
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.
    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.
    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.
    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated ___DEC 15 2015___

                                                                          Clerk, Morgan Co. Circuit & Superior Courts

**Attorney for Plaintiff(s):**

Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
 & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone: (317) 269-2500
Facsimile: (317) 269-2514

**Clerk Information:**

Courthouse
10 E. Washington Street
Martinsville, IN 46151

The following manner of service of Summons is hereby designated:

    __X__ Registered or Certified Mail
    _____ Service on individual at above address: County _____

_____ Service on agent: (specify) _____
_____ Service by Publication

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2015 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Nice-Pak Products, Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated _____

_____
Clerk, Morgan County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2015.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2015, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2015.

_____
Clerk, Morgan County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____

_____
Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2015.
(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

Sheriff of _____ County, Indiana
By: _____

655898

2



