**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LISA WEBBER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|   vs. | ) Cause No. 1:16-cv-130-WTL-DKL |
| | ) |
| NICE-PAK PRODUCTS, INC., | ) |
| | ) |
|    Defendant. | ) |

### JUDGMENT

The Court having granted the Defendant's motion for summary judgment, judgment is hereby **ENTERED** in favor of the Defendant on all of the Plaintiff's claims.

SO ORDERED: 7/5/2017

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic notification